IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KYOCERA MITA COPYSTAR AMERICA, INC. FORMERLY MITA COPYSTAR AMERICA, INC. | * * * * |
| v. | * Civil No. JFM-01-61 * |
| IMTEK OFFICE SOLUTIONS, INC., ET AL. | * * |
| | ***** |

ORDER

For the reasons stated on the record on May 25, 2001, it is, this 29th day of May 2001

ORDERED

1. Plaintiff's motion for judgment by default against defendants A. Paul Gamble and Linda Gamble is denied;

2. The motion to vacate the entry of default filed by defendants A. Paul Gamble and Linda Gamble is granted;

3. The default entered against defendants A. Paul Gamble and Linda Gamble is set aside;

4. Plaintiff's motion for judgment by default against defendant AMI Group, Inc. is granted; and

5. A default judgment is entered in favor of plaintiff against AMI, Inc. in the amount of $355,058.33, plus attorneys' fees in the amount of $20,369.74.

J. Frederick Motz
United States District Judge

