IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NVR, INC. AND NVR HOMES | * | |
| | * | |
| v. | * | Civil No. JFM-00-2991 |
| | * | |
| JUST TEMPS, INC. | * | |
| | ***** | |

ORDER

Upon consideration of plaintiff's motion to amend the Ad Damnum clause of its complaint, it is, this 29th day of May 2001

ORDERED that said motion be granted, provided, however, that since this order is being entered before the time for defendant to respond to plaintiffs' motion has expired, defendant may file a motion for reconsideration of this order on or before June 8, 2001.

_____
J. Frederick Motz
United States District Judge

