IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KYOCERA MITA COPYSTAR AMERICA, INC. FORMERLY MITA COPYSTAR AMERICA, INC.<br><br>Plaintiff<br><br>v.<br><br>IMTEK OFFICE SOLUTIONS, INC., et al.<br><br>Defendant(s) | Case No: 01CV61 JFM |

## ORDER

**UPON CONSIDERATION** of Plaintiff Kyocera Mita Copystar America, Inc. formerly Mita Copystar America, Inc.'s Consent Motion for Leave to File Second Amended Complaint in the above-captioned action, it is this ___ day of _____, 2001, hereby

**ORDERED**, that Plaintiff's Consent Motion for Leave to File Second Amended Complaint be and hereby is **GRANTED**; and it is further,

**ORDERED** that Plaintiff's Consent Motion for Leave to File Second Amended Complaint to change a party name be and hereby is deemed **FILED** as of the date of this Order.

_____
United States District Court Judge

Copies to:

Neil L. Henrichsen, Esq.
Joanna R. Onorato, Esq.
Henrichsen Siegel, P.L.L.C.
1850 M Street, NW, Suite 250
Washington, DC 20036

Robert S. Brennen, Esq.
Irving E. Walker, Esq.
Richard Costella, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

Robert Fulton Dashiell, Esq.
813 E. Baltimore Street, Suite 101
Baltimore, MD 21202