IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| KYOCERA MITA COPYSTAR AMERICA, INC. FORMERLY MITA COPYSTAR AMERICA, INC. )<br><br>Plaintiff )<br><br>v. )<br>BENEFICIAL FINANCIAL SERVICES, INC., formerly known as IMTEK OFFICE SOLUTIONS, INC., et al. )<br><br>Defendant(s) ) | Case No: 01CV61 JFM |

## STIPULATED ORDER OF DISMISSAL

THE PARTIES HEREBY STIPULATE AND AGREE, pursuant to the Federal Rules of Civil Procedure, the above-captioned action be DISMISSED WITH PREJUDICE as to defendants A. Paul Gamble and Linda Gamble, and be DISMISSED WITHOUT PREJUDICE as to defendants Beneficial Financial Services, Inc., formerly known as Imtek Office Solutions, Inc., Imtek Corporation t/a Imtek Office Solutions, Imtek Services Corporation, Imtek Acquisition Corporation and Barbera Business Systems, Inc., and Edwin C. Hirsch. Each party shall bear its own costs and attorneys' fees. The parties are authorized to execute this Stipulation.

BY THE PARTIES

Date: 8/20/02

By: *[signature]*
Neil L. Henrichsen, Esq.
Joanna R. Onorato, Esq.
Henrichsen Siegel, P.L.L.C.
1850 M Street, N.W., Suite 250
Washington, DC 20036
*Counsel for Plaintiff Kyocera Mita*

Date: 8/20/02

By: Michael Dixon / JRO
Michael Dixon, Esq.
Dilworth Paxson, PLLC
1200 Nineteenth Street, N.W.
Washington, DC 20036
*Counsel for Defendants Beneficial Financial Services, Inc., formerly known as Imtek Office Solutions, Inc., Imtek Corporation t/a Imtek Office Solutions, Imtek Services Corporation, Imtek Acquisition Corporation and Barbera Business Systems, Inc., and Edwin C. Hirsch*

Date: 8/20/02

By: Robert F. Dashiell / JRO
Robert Fulton Dashiell, Esq.
813 E. Baltimore Street, Suite 101
Baltimore, MD 21202
*Counsel for Defendants A. Paul Gamble and Linda Gamble*